**In re HURRICANE RITA EVACUATION BUS FIRE.**

No. 05–1073.

Texas Judicial Panel on Multidistrict Litigation.

March 6, 2006.

ON REVIEW BY THE MULTIDIS-
TRICT LITIGATION PANEL

Justice PEEPLES delivered the opinion for a unanimous Multidistrict Litigation Panel.

Before us is a motion to appoint a pretrial judge for six lawsuits, pending in two counties, which arise from one common incident. For the reasons stated below, we grant the motion without an oral hearing. *See* rule 13.3(k). A pretrial judge has been appointed by separate order.

On September 22, 2005, as Hurricane Rita approached the southeast Texas gulf coast, defendant Brighton Gardens evacuated some of the residents from its assisted living and health care facility in Houston, placing them on a bus that had been chartered through defendant Global Charter Services. Early the next day, the bus caught fire near Dallas, causing the death of twenty-three persons and injuring several others. Six lawsuits arising from this incident have been filed in state court—four in Hidalgo County and two in Harris County. Two other cases have been filed in federal court. The defendants have asked this panel to consolidate the eight state cases for pretrial proceedings before one judge. Several of the plaintiffs have objected to that request; one firm representing plaintiffs does not object, provided that a pretrial judge from Houston is chosen.

Administrative rule 13 empowers the MDL Panel to transfer related cases (i.e. those involving one or more common questions of fact) from trial courts in different counties to a single pretrial court for coordinated pretrial handling. The pretrial court's authority over transferred cases is extensive and complete. *See* Rule 13.6. From time to time, as the pretrial court concludes that cases are ready for trial, it will remand them to the original trial courts for trial in the county of venue. *See* Rule 13.7.

█ The MDL panel may order transfer if it will (1) serve the convenience of the parties and witnesses and (2) promote

the just and efficient conduct of the litigation. *See* Rule 13.3. The movant need not show that anyone has already been inconvenienced or that there are existing problems to be addressed. *See In re Silica Products Liability Litigation,* 166 S.W.3d 3 (Tex. M.D.L. Panel 2004). Instead we must simply be convinced that transfer to a pretrial judge would promote Rule 13's goals of convenience and efficiency.

■ These cases arise from one common event, and no one has seriously denied that the liability issues in each of them will be substantially the same. We recognize that different attorneys will develop and try their cases differently, that not every defendant before us has been sued in every case, that different expert witnesses may be involved, and that the damages will differ from case to case, as they always do. But the lawyers will be examining the same large pool of employees and fact witnesses. At the least, the witnesses will include those who dealt with the bus as it made its way from South Texas to Houston and then toward Dallas, those who witnessed the fire itself, those who responded to the scene to provide rescue and medical care, and those who investigated it. When rule 13 voices its concern for efficiency and for the convenience of parties and witnesses, it has such persons in mind. While none of them have yet been subjected to conflicting demands or repetitive discovery, we conclude that assigning one pretrial judge to handle the cases arising from this one tragic event will further rule 13's laudable goals of efficiency and convenience.

Plaintiffs argue that many of them are not similarly situated. Some plaintiffs, for example, were receiving healthcare at Brighton Gardens, and on some causes of action they may have to comply with the statutory rules for healthcare claims. *See* Tex. Civ. Prac. & Rem. Code Ch. 74. Other plaintiffs may have been on the job for their employers during the incident and may therefore face workers compensation issues that other plaintiffs do not. There may indeed be differences. But every case is different. No two cases are alike. A rule 13 transfer of cases does not require that the cases be congruent or anything close to it. It requires only that cases be "related"—i.e. that they involve one or more common questions of fact—and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

Because these criteria are overwhelmingly shown in this group of lawsuits arising from the same event, the Motion to Transfer is granted.

## ORDER OF MULTIDISTRICT LITIGATION PANEL

## APPOINTMENT OF PRETRIAL JUDGE IN THE FOLLOWING MULTIDISTRICT LITIGATION CASE:

The Joint Motion for Transfer, filed by Sunrise Senior Living Services, Inc. et al., under the Texas Rules of Judicial Administration, is granted. Pursuant to Administrative rule 13, the causes listed on the First Amended Appendix A of the Joint Motion for Transfer, attached hereto and incorporated herein for all purposes, and tag-along cases if any, are transferred to Judge Rose Guerra Reyna of the 206th District Court of Hidalgo County.

## APPENDIX A

Re: No. 05–1073; *In Re: Hurricane Rita Evacuation Bus Fire*

Mr. Andrew Weber, Clerk

Supreme Court of Texas

Supreme Court Building

201 West 14th, Rm. 104

Austin, Texas 78701

Dear Mr. Weber:

Enclosed for filing in the above-referenced cause are four copies of the First Amended Appendix A to the Joint Motion to Transfer Pursuant to Texas Rule of Judicial Administration 13, which was filed on December 20, 2005. An electronic version of the enclosed First Amended Appendix is also being transmitted to Ms. Claudia Jenks of your office.

Please file-stamp the enclosed extra copy of this document and return it in the self-addressed, postage-paid stamped envelope for our file.

By copy of this letter, all counsel of record are being provided a copy of the enclosed motion.

Thank you for your assistance.

cc:  Justice David Peeples
Fourth Administrative Judicial Region
100 Dolorosa
San Antonio, Texas 78205–3038

*CMRRR 7002 2030 0005 7017 3694*

Justice Bea Ann Smith
Third Court of Appeals
209 W. 14th Street, Room 101
Price Daniels Bldg.
Austin, Texas 78701

*CMRRR 7002 2030 0005 7017 3687*

Justice George Hanks
First Court of Appeals
1307 San Jacinto, 10th Floor
Houston, Texas 77002

*CMRRR 7002 2030 0005 7017 3670*

Justice Douglas Lang
Fifth Court of Appeals
George L. Allen, Sr. Courts Bldg.
600 Commerce, 2nd Floor
Dallas, Texas 75202–4658

*CMRRR 7002 2030 0005 7017 3663*

Justice Errlinda Castillo
Thirteenth Court of Appeals
Nueces County Courthouse
901 Leopard St., 10th Floor
Corpus Christi, Texas 78401

*CMRRR 7002 2030 0005 7017 0112*

Claudia Jenks, Deputy Clerk
Supreme Court of Texas
Supreme Court Building
201 West 14th, Rm. 104
Austin, Texas 78701

*Claudia.Jenks@courts.state.tx.us*

cc:
Robert Luke
Ron Simon
Simon & Luke, LLP
2929 Allen Parkway, 42nd Floor
Houston, Texas 77019

Dick DeGuerin
DeGuerin, Dickson & Hennessy

Kenneth Tekell
State Bar No. 19764000
Tekell, Book, Matthews & Limmer
1221 McKinney, Suite 4300
Houston, Texas 77010

Amanda S. Hilty
Ronald L. Bair

1018 Preston, 7th Floor
Houston, Texas 77002

Frank Costilla
Law Offices of Frank Costilla, PPLC
Five East Elizabeth Street
Brownsville, Texas 78520

Larry D. Warren
Mark A. Cooper
Ball & Weed, P.C.
745 East Mulberry Avenue, Suite 500
San Antonio, Texas 78212-3191

Craig Vittitoe
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
Harlingen, Texas 78550

Jim M. Perdue, Jr.
Joe N. Perdue
Priscilla Walters
The Perdue Law Firm, LLP
2727 Allen Parkway, Suite 800
Houston, Texas 77019

Michael Garza
Garza & Vela, LLP
Texas State Bank Tower
3900 North 10th Street, Suite 950
McAllen, Texas 78501

John Dacus
HARTLINE, DACUS, BARGER, DREYER &
KERN, LLP
6688 N. Central Expressway, Suite 1000
Dallas, Texas 75206

Darrell L. Barger
HARTLINE, DACUS, BARGER, DREYER &
KERN, LLP
One Shoreline Plaza, Suite 2000
800 North Shoreline Blvd.
Corpus Christi, Texas 78401

The Bair Law Firm, P.C.
14711 Pebble Bend Drive
Houston, Texas 77068

Eduardo Roberto Rodriguez
Mitch Chaney
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78520

J. A. "Tony" Canales
Canales & Simonson, P.C.
2601 Morgan Avenue
P.O. Box 5624
Corpus Christi, Texas 78465-5624

Richard Warren Mithoff
Mithoff Law Firm
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002

Michael L. Brown
Brown & Adkins
712 Main Street, Suite 2120
Houston, Texas 77002

Mark E. Enright
ARNSTEIN & LEHR, LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606-3910

Charles Lyman
BARKER, LYMAN, TWINING, WEIBERG &
FERRELL, PC
1221 McKinney Street, Suite 3600
Houston, Texas 77010

## FIRST AMENDED APPENDIX A

1. Cause No. C–2365–05–F; *Aggie Foster, on Behalf of the Person and Estate of Lillie Spies v. Global Limo, Inc., Global Charter Services, Inc., d/b/a "The BusBank", and Century MCT Charter Tours, Inc., Global Limo, Inc.,* *and Juan Robles Gutierrez;* In the 398th Judicial District Court of Hidalgo County, Texas ("**Foster**")

The following counsel have appeared to date in this litigation:

Robert Luke

SBN: 00789463

Ron Simon

SBN: 00788421

Simon & Luke, LLP

2929 Allen Parkway, 42nd Floor

Houston, Texas 77019

713/335–4900

713/335–4949   (fax)

Email: Robert@simonluke.com

  Ron@simonluke.com

**Counsel for Plaintiff Aggie Foster, on Behalf of the Person and Estate of Lillie Spies**

Dick DeGuerin

SBN: 05638000

DeGuerin, Dickson & Hennessy

1018 Preston, 7th Floor

Houston, Texas 77002

713/223–5959

713/223–9231   (fax)

Email: ddeguerin@aol.com

**Counsel for Plaintiff Aggie Foster, on Behalf of the Person and Estate of Lillie Spies**

Frank Costilla

Law Offices of Frank Costilla, PPLC

Five East Elizabeth Street

Brownsville, Texas 78520

956/541–4982

956/544–3152   (fax)

Email: info@costillalaw.com

**Counsel for Plaintiff Aggie Foster, on Behalf of the Person and Estate of Lillie Spies**

Larry D. Warren

State Bar No. 20888450

Mark A. Cooper

State Bar No. 24025752

Ball & Weed, P.C.

745 East Mulberry Avenue, Suite 500

San Antonio, Texas 78212–3191

210/731–6300

210/731–6499   (fax)

Email: ldw@ball-weed.com

  mac@ball-weed.com

**Counsel for Global Limo, Inc.**

Craig Vittitoe

Adams & Graham, L.L.P.

222 East Van Buren, West Tower

Harlingen, Texas 78550

956/428–7495

956/428–2954   (fax)

Email: CHVittitoe@adamsgraham.com

**Counsel for Global Charter Services Ltd.**

Charles Lyman

Barker, Lyman, Twining, Weiberg & Ferrell, PC

1221 McKinney Street, Suite 3600

Houston, Texas 77010

713/759–1990

713/652–1990   (fax)

Email: clyman@barkerlyman.com

**Counsel for Century Services d/b/a Century McMynn Leasing a/k/a RNJ McMynn Leasing**

2.  Cause No. C–2495–05–I; *Lerline Fuller and Marie Ceres. Each Individually v. Century Services, Inc., d/b/a Century McMynn Leasing, a/k/a R & J McMynn Leasing and M Mynn Leasing, Global Charter Services, Inc., d/b/a The BusBank, MCT Charter Tours, Inc., Global Limo, Inc., and Juan Robles Gutierrez;* In the 398th

Judicial District Court of Hidalgo County, Texas ("**Fuller**")

The following counsel have appeared to date in this litigation:

Jim M. Perdue, Jr.

SBN: 00788180

Joe N. Perdue

SBN: 24034624

Priscilla Walters

SBN: 20819100

The Perdue Law Firm, LLP

2727 Allen Parkway, Suite 800

Houston, Texas 77019

713/520–2500

713/520–2525  (fax)

Email: jperdue@perduelaw.com
    joeperdue@perduelaw.com
    pwalters@perduelaw.com

**Counsel for Plaintiffs Lerline Fuller and Marie Ceres, Each Individually**

Michael Garza

Garza & Vela, LLP

Texas State Bank Tower

3900 North 10th Street, Suite 950

McAllen, Texas 78501

956/994–3100

956/381–4440

956/994–3174  (fax)

**Counsel for Plaintiffs Lerline Fuller and Marie Ceres, Each Individually**

Larry D. Warren

State Bar No. 20888450

Mark A. Cooper

State Bar No. 24025752

BALL & WEED, P.C.

745 East Mulberry Avenue, Suite 500

San Antonio, Texas 78212–3191

210/731–6300

210/731–6499  (fax)

Email: ldw@ball-weed.com
    mac@ball-weed.com

**Counsel for Global Limo, Inc.**

Craig Vittitoe

Adams & Graham, L.L.P.

222 East Van Buren, West Tower

Harlingen, Texas 78550

956/428–7495

956/428–2954

Email: CHVittitoe@adamsgraham.com

**Counsel for Global Charter Services, Ltd.**

3. Cause No. C–2366–05–E; *Mary Gillette, Now Deceased, by and through the Independent Executrix of her Estate, Vicki Whitlow Thomas v. Sunrise Senior Living, Inc. a/k/a Brighton Gardens of Bellaire, Global Limo, Inc., Juan Robles Gutierrez, and Busbank;* In the 275th Judicial District Court of Hidalgo County, Texas ("**Gillette**")

The following counsel have appeared to date in this litigation:

Amanda S. Hilty

SBN: 09683030

Ronald L. Bair

SBN: 01554900

The Bair Law Firm, P.C.

14711 Pebble Bend Drive

Houston, Texas 77068

713/862–5599

713/868–9444  (fax)

Email: ahilty@bairhilty.com
    rbair@bairhilty.com

**Counsel for Plaintiffs Mary Gillette, Now Deceased, by and through the Independent Executrix of her Estate, Vicki Whitlow Thomas**

David J. Beck
State Bar No. 00000070
Joe W. Redden, Jr.
State Bar No. 16660600
Fields Alexander
State Bar No. 00783528
Thomas Ganucheau
State Bar No. 00784104
Beck, Redden & Secrest, L.L.P.
1221 McKinney, Suite 4500
Houston, Texas 77010
713/951–3700
713/951–3720 (fax)
Email: dbeck@brsfirm.com
  jredden@brsfirm.com
  falexander@brsfirm.com
  tganucheau@brsfirm.com

**Counsel for Sunrise Senior Living, Inc.**

Mitch Chaney
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78520
956/542–7441
956/541–2170 (fax)
Email: mc.chaney@rcclaw.com

**Counsel for Sunrise Senior Living, Inc.**

J.A. "Tony" Canales
Canales & Simonson, P.C.
2601 Morgan Avenue
P.O. Box 5624
Corpus Christi, Texas 78465–5624
361/883–0601
361/884–7023 (fax)
Email: tonycanales@canalessimonson.com

**Counsel for Sunrise Senior Living, Inc.**

Larry D. Warren
State Bar No. 20888450
Mark A. Cooper
State Bar No. 24025752
BALL & WEED, P.C.
745 East Mulberry Avenue, Suite 500
San Antonio, Texas 78212–3191
210/731–6300
210/731–6499 (fax)
Email: ldw@ball-weed.com
  mac@ball-weed.com

**Counsel for Global Limo, Inc.**

John Dacus
Hartline, Dacus, Barger, Dreyer & Kern, LLP
6688 N. Central Expressway, Suite 1000
Dallas, Texas 75206
214/369 2100
214/369–2119 (fax)
jdacus@hdbdk.com
Darrell L. Barger
Hartline, Dacus, Barger, Dreyer & Kern, LLP
One Shoreline Plaza, Suite 2000
800 North Shoreline Blvd.
Corpus Christi, Texas 78401
361/866–8009
361/866–8039
dbarger@hdbdk.com

**Counsel for Motor Coach Industries International, Inc.**

Mark Enright

John T. Wagener

Arnstein & Lehr, LLP

120 S. Riverside Plaza, Suite 1200

Chicago, IL 60606–3910

312/876–7100

312/876–0288   (fax)

**Counsel for Motor Coach Industries International, Inc.**

Charles Lyman

Barker, Lyman, Twining, Weiberg & Ferrell, PC

1221 McKinney Street, Suite 3600

Houston, Texas 77010

713/759–1990

713/652–1990

Email: clyman@barkerlyman.com

**Counsel for Century Services d/b/a Century McMynn Leasing a/k/a RNJ McMynn Leasing**

**(Please note that this Defendant has filed also filed a Special Appearance in this matter)**

4. Cause No.2005–70990; *Richard S. Lenzner, Individually, and as Independent Executor of the Estate of Natalie G. Lenzner, Deceased, Carl A. Lenzner and Michelle Lenzner Tell v. Global Charter Services, Ltd., Global Charter Services, Ltd. d/b/a The Bus Bank, The BusBank, Global Limo, Inc., Juan Gutierrez Robles, Sunrise Senior Living Services, Inc., Sunrise Senior Living Services, Inc. d/b/a Brighton Gardens, and Brighton Gardens;* In the 334th Judicial District Court of Harris County, Texas ("Lenzner")

The following counsel have appeared to date in this litigation:

Richard Warren Mithoff

SBN: 14228500

William J. Stradley

SBN: 19353000

Janie L. Jordan

SBN: 11012700

Mithoff Law Firm

Penthouse, One Allen Center

500 Dallas, Suite 3450

Houston, Texas 77002

713/654–1122

713/739–8085   (fax)

Email: rmithoff@mithofflaw.com

**Counsel for Plaintiffs Richard S. Lenzner, Individually, and as Independent Executor of the Estate of Natalie G. Lenzner, Deceased, Carl A. Lenzner and Michelle Lenzner Tell**

Michael L. Brown

SBN: 14228500

Brown & Adkins

712 Main Street, Suite 2120

Houston, Texas 77002

713/216–2444

713/216–2440   (fax)

**Counsel for Plaintiffs Richard S. Lenzner, Individually, and as Independent Executor of the Estate of Natalie G. Lenzner, Deceased, Carl A. Lenzner and Michelle Lenzner Tell**

Larry D. Warren

State Bar No. 20888450

Mark A. Cooper

State Bar No. 24025752

BALL & WEED, P.C.

745 East Mulberry Avenue, Suite 500

San Antonio, Texas 78212–3191

210/731–6300

210/731–6499   (fax)

Email: ldw@ball-weed.com

mac@ball-weed.com

**Counsel for Global Limo, Inc.**

David J. Beck

State Bar No. 00000070

Joe W. Redden, Jr.

State Bar No. 16660600

Fields Alexander

State Bar No. 00783528

Beck, Redden & Secrest, L.L.P.

1221 McKinney, Suite 4500

Houston, Texas 77010

713/951–3700

713/951–3720   (fax)

Email: dbeck@brsfirm.com

jredden@brsfirm.com

falexander@brsfirm.com

**Counsel for Defendants Sunrise Senior Living Services, Inc. and Sunrise Senior Living, Inc., d/b/a Brighton Gardens of Bellaire (Defendant notes that "Sunrise Senior Living, Inc., d/b/a Brighton Gardens of Bellaire" and "Brighton Gardens" were incorrectly named as Defendants)**

Kenneth Tekell

State Bar No. 19764000

Tekell, Book, Matthews & Limmer

1221 McKinney, Suite 4300

Houston, Texas 77010

713/222–9542

713/655–7727   (fax)

Email: cctbml@swbell.net

**Counsel for Global Charter Services, Inc. d/b/a The BusBank**

5.   Cause No.2005–65697; *Karl Lothman and Kurt Lothman, Individually, and as Personal Representatives of the Es-tate of Lester Lothman, Deceased v. Global Charter Services, Ltd., Global Charter Services, Ltd. d/b/a The Bus-bank, The Busbank, Global Limo, Inc., Juan Gutierrez Robles, Sunrise Senior Living Services, Inc., Sunrise Senior Living Services Inc. d/b/a Brighton Gardens, and Brighton Gardens;* In the 129th Judicial District Court of Harris County, Texas ("**Lothman**")

The following counsel have appeared to date in this litigation:

Richard Warren Mithoff

SBN: 14228500

William J. Stradley

SBN: 19353000

Janie L. Jordan

SBN: 11012700

Mithoff Law Firm

Penthouse, One Allen Center

500 Dallas, Suite 3450

Houston, Texas 77002

713/654–1122

713/739–8085   (fax)

Email: rmithoff@mithofflaw.com

**Counsel for Plaintiffs Karl Lothman and Kurt Lothman, Individually, and as Personal Representatives of the Estate of Lester Lothman, Deceased**

David J. Beck

State Bar No. 00000070

Joe W. Redden, Jr.

State Bar No. 16660600

Fields Alexander

State Bar No. 00783528

Beck, Redden & Secrest, L.L.P.

1221 McKinney, Suite 4500

Houston, Texas 77010

713/951–3700

713/951–3720 (fax)

Email: dbeck@brsfirm.com

jredden@brsfirm.com

falexander@brsfirm.com

**Counsel for Defendants Sunrise Senior Living Services, Inc., and Sunrise Senior Living Services, Inc. d/b/a Brighton Gardens of Bellaire (Defendant notes that "Sunrise Senior Living, Inc., d/b/a Brighton Gardens of Bellaire" and "Brighton Gardens" were incorrectly named as Defendants)**

Larry D. Warren

State Bar No. 20888450

Mark A. Cooper

State Bar No. 24025752

BALL & WEED, P.C.

745 East Mulberry Avenue, Suite 500

San Antonio, Texas 78212–3191

210/731–6300

210/731–6499 (fax)

Email: ldw@ball-weed.com

mac@ball-weed.com

**Counsel for Global Limo, Inc.**

Kenneth Tekell

State Bar No. 19764000

Tekell, Book, Matthews & Limmer

1221 McKinney, Suite 4300

Houston, Texas 77010

713/222–9542

713/655–7727 (fax)

Email: cctbml@swbell.net

**Counsel for Global Charter Services, Inc. d/b/a The BusBank**

6. Cause No. C–2434–05–A; *Sheila White, Bernadette Nanez, and Marcelia Loyano, Each Individually v. Century Services, Inc., d/b/a Century*

*McMynn Leasing, a/k/a R & J McMynn Leasing and M Mynn Leasing, Global Charter Services, Inc., d/b/a The BusBank, MCT Charter Tours, Inc., Global Limo, Inc., and Juan Robles Gutierrez;* In the 398th Judicial District Court of Hidalgo County, Texas ("White")

The following counsel have appeared to date in this litigation:

Jim M. Perdue, Jr.

SBN: 00788180

Joe N. Perdue

SBN: 24034624

Priscilla Walters

SBN: 20819100

The Perdue Law Firm, LLP

2727 Allen Parkway, Suite 800

Houston, Texas 77019

713/520–2500

713/520–2525 (fax)

Email: jperdue@perduelaw.com

joeperdue@perduelaw.com

pwalters@perduelaw.com

**Counsel for Plaintiffs Sheila White, Bernadette Nanez, and Marcelia Loyano, Each Individually**

Michael Garza

Garza & Vela, LLP

Texas State Bank Tower

3900 North 10th Street, Suite 950

McAllen, Texas 78501

956/994–3100

956/381–4440

956/994–3174 (fax)

**Counsel for Plaintiffs Sheila White, Bernadette Nanez, and Marcelia Loyano, Each Individually**

Larry D. Warren

State Bar No. 20888450

Mark A. Cooper

State Bar No. 24025752

BALL & WEED, P.C.

745 East Mulberry Avenue, Suite 500

San Antonio, Texas 78212–3191

210/731–6300

210/731–6499   (fax)

Email: ldw@ball-weed.com

   mac@ball-weed.com

**Counsel for Global Limo, Inc.**

Craig Vittitoe

Adams & Graham, L.L.P.

222 East Van Buren, West Tower

Harlingen, Texas 78550

956/428–7495

956/428–2954   (fax)

Email: CHVittitoe@adamsgraham.com

**Counsel for Global Charter Services, Ltd. d/b/a The BusBank**

Charles Lyman

Barker, Lyman, Twining, Weiberg & Ferrell, PC

1221   McKinney Street, Suite 3600

Houston, Texas 77010

713/759–1990

713/652–1990   (fax)

Email: clyman@barkerlyman.com

**Counsel for Century Services d/b/a Century McMynn Leasing a/k/a RNJ McMynn Leasing**